UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR12 HEA |
| | ) | |
| FREDERICK MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Wednesday, July 6, 2011, is reset to Thursday, July 14, 2011, at 12:30 p.m. in the courtroom of the undersigned.

Dated this 24th day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE