UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR12 HEA |
| | ) |
| FREDERICK MURRAY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing set in this matter for Thursday, July 14, 2011, at 12:30 p.m. is reset to 11:00 a.m. in the courtroom of the undersigned.

Dated this 8th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE